**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CASE NO. 8:07CR173** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **CARLOS GONZALEZ,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the Court on the Defendant's motion to extend the Defendant's self surrender date (Filing No. 122).

IT IS ORDERED:

1. The Defendant's motion to extend the Defendant's self surrender date (Filing No. 122) is granted;

2. The Defendant shall report no later than 2:00 p.m. on Friday, April 4, 2008, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

DATED this 10th day of March, 2008.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge